# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

|  |  |  |
|---|---|---|
| RUFUS LEE KING, JR., | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-79 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Rufus King ("King") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation was returned to the Court as undeliverable. Dkt. No. 13.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** King's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** King *in forma pauperis* status on appeal.

SO ORDERED, this ___18___ day of ___November___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA