AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUFUS LEE KING, JR.

                                      JUDGMENT IN A CIVIL CASE

           V.                          CASE NUMBER:   2:20-CV-79

LINDA GETER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated November 18, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Respondent's Motion to Dismiss is DENIED as moot, and King's Petition is DISMISSED without prejudice. Petitioner is Denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
         HON. LISA GODBEY WOOD, JUDGE

Date _November 23, 2020_        John E. Triplett, Acting Clerk of Court
                                                             Clerk

                                                                     Megan Garcia
                                                                     (By) Deputy Clerk

GAS Rev 10/1/03